UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN R.F. KERN, JR.,<br><br>               Plaintiff,<br><br>v.<br><br>BRANDON MARCANO, *et al.*,<br><br>               Defendants. | Case No.: 2:22-cv-00539-GMN-NJK<br><br>**Order** |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff Stephen R.F. Kern, Jr. is no longer at the address listed with the Court. Additionally, the Court's mail to Kern is being returned as undeliverable. Docket Nos. 11, 13. Pursuant to LR IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

For the foregoing reasons,

IT IS ORDERED that Kern shall file his updated address with the Court no later than **January 9, 2023**.

IT IS FURTHER ORDERED that, if Kern fails to timely comply with this order, this case will be subject to dismissal without prejudice.

. . . .

. . . .

. . . .

. . . .

1

Finally, the Clerk of the Court is directed to send courtesy copies of this order and the filings at Docket Nos. 10 and 12 to Kern at Ely State Prison, which is where he is housed per the NDOC's database.

IT IS SO ORDERED.

DATED: December 8, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE