UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN R.F. KERN, JR.,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>BRANDON MARCANO, et al.,<br><br>　　　Defendant(s). | Case No. 2:22-cv-00539-GMN-NJK<br><br>**ORDER**<br><br>[Docket Nos. 27, 30] |

Pending before the Court is Plaintiff's motion to extend the discovery cutoff. Docket No. 27.[1] Defendants filed a notice of non-opposition, Docket No. 29, along with their own motion to extend the discovery cutoff, Docket No. 30. For good cause shown, the motions to extend are **GRANTED**. The unexpired deadlines in the scheduling order[2] are **RESET** as follows:

- Discovery cutoff: September 25, 2023
- Discovery motions: October 9, 2023
- Dispositive motions: October 25, 2023
- Joint proposed pretrial order: November 24, 2023, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: June 26, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Plaintiff's motion appears to request other relief. *See id.* at 2 (requesting action by the Clerk's Office). The Court herein opines only as to the request to extend the discovery cutoff. If Plaintiff seeks other relief, he must file a separate request for that relief. *See* Local Rule IC 2-2(b).

[2] The expired deadlines in the scheduling order remain closed.