AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-4070 (phone)
(702) 486-3773 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN R.F. KERN, JR., <br><br>      Plaintiff, <br><br> v. <br><br> BRANDON MARCANO, et al., <br><br>      Defendants. | Case No. 2:22-cv-00539-GMN-NJK <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

    Plaintiff, Stephen R.F. Kern, Jr., and Defendants Brandon Marcano, Preighton, and Calvin Johnson, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), that this case be dismissed with prejudice.

*Ill*
*Ill*
*Ill*
*Ill*
*/ / /*
*/ / /*
*/ / /*
*/ / /*

1  The parties further stipulate and agree that the parties are to bear their own attorney's fees and costs. As the parties have resolved this matter in its entirety, this Court may close this case. Any outstanding deadlines are considered moot.

DATED this 21st day of July, 2023.    DATED this 21st day of July, 2023.

AARON D. FORD
Attorney General

By: /s/ Stephen R.F. Kern, Jr.
Stephen R.F. Kern, Jr., #66648
Plaintiff, Pro Se

By: /s/ Samuel L. Pezone, Jr.
Samuel L. Pezone Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:   August 16, 2023